IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

|  |  |  |
|---|---|---|
| RECKO ELLIS, | : | |
|  | : | |
| Plaintiff | : | |
|  | : | |
| VS. | : | |
|  | : | |
| Officer RENFROE, | : | NO. 7:07-CV-79 (HL) |
|  | : | |
| Defendant | : | |

Plaintiff **RECKO ELLIS**, a former inmate at the Lowndes County Jail in Valdosta, Georgia, has filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. In his complaint, plaintiff alleges the following:

> On the date of Dec. 19 attack the defendant R. Renfroe while acting under the colors of the state laws did, while knowing, help As[h]ley Paulk, Peete, Elkin, and Swain as they took the bed, sheets, mattress and forced the plaintiff to sleep on steel and concrete until they seen fit for the plaintiff to have his things back. Officer Renfroe took the plaintiff sheet etc. on the date listed above. The plaintiff has suffered mentally and physically in this altercation.

Plaintiff has raised this same "bedding" claim in a civil action filed in this Court in January 2007, ***Ellis v. Shaprell, et al.***, civil action number 7:07-cv-3 (HL), with the exception that defendants other than Renfroe are linked to the claim. Plaintiff raised an additional claim in ***Shaprell*** - that he was beaten by other inmates as a result of Renfroe and other defendants telling inmates that plaintiff was a confidential informant. Both claims are currently pending before this Court.

It is unclear why plaintiff has waited six months to name Renfroe in connection with plaintiff's bedding claim. In any event, because plaintiff already has a lawsuit pending involving

this same occurrence, plaintiff's remedy is to file a motion to amend his complaint in 7:07-cv-3 (HL) to add Renfroe to his bedding claim.

In light of the above, the instant lawsuit is **DISMISSED**.

**SO ORDERED**, this 17th day of July, 2007.

*s/  Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr